D. Conn.
17-cr-135
Meyer, J.

# United States Court of Appeals
FOR THE
SECOND CIRCUIT

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 14th day of March, two thousand twenty-four.

Present:
    Richard C. Wesley,
    Alison J. Nathan,
    Sarah A. L. Merriam,
        *Circuit Judges.*

United States of America,

        *Appellee*,

v.                                                                                                                                23-6946

Stanley Reddick,

        *Defendant-Appellant*.

Appellant moves to remand for an evidentiary hearing. Appellee moves for summary affirmance. It is hereby ORDERED that the motions are DENIED. This matter will proceed to consideration by a merits panel in due course.

The Clerk's Office is directed to appoint *pro bono* counsel for Appellant.

                                              FOR THE COURT:
                                              Catherine O'Hagan Wolfe, Clerk of Court

